UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD EATON,<br><br>            Plaintiff,<br><br>    v.<br><br>MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>            Defendants. | Case No, 13cv89 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Now before this court is the parties' Joint Motion to Dismiss with Prejudice for all claims against the Defendants pursuant to Federal Rule of Civil Procedure 41(a). The motion is hereby GRANTED, and the Plaintiff's claims against the Defendants are dismissed with prejudice. All parties are to bear their own costs and attorneys' fees. The Clerk of Court is instructed to close this matter.

**IT IS SO ORDERED**.

Dated: May 22, 2013

_____
Jeffrey T. Miller
United States District Court Judge